# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                              Fax: 718-740-2000
*Employment and Labor Lawyer*                       Web: www.abdulhassan.com

September 15, 2022

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Gumaneh et al v. Vilano Employment Services, Inc. et al</u>
Case No.  22-CV-00774 (VSB)(KHP)
**Motion for Extension of Time**

Dear Judge Broderick:

My firm represents plaintiffs in the above-referenced action, and I respectfully write to request an extension to October 24, 2022 for Plaintiffs to file their opposition to Defendants' Motion to Compel Arbitration which was filed on September 13, 2022. No prior request for an extension of this deadline was made. I reached out to counsel for Defendants about this extension but did not hear back before filing.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*

**Cc: Defense Counsel via ECF**

---

Application denied without prejudice.  Plaintiffs are reminded that, pursuant to Rule 1.G. of my Individual Rules & Practices in Civil Cases, all requests for adjournments or extensions of time must state the following:  (1) the original due date; (2) the number of previous requests for adjournments or extensions of time; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the specific reasons for the adjournment or extension of time.  Plaintiffs are directed to meet and confer with Defendants regarding Plaintiffs' proposed briefing schedule and submit a renewed letter-motion for an extension of time that complies with my Individual Rules & Practices in Civil Cases.

**SO ORDERED:** 09/16/22

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

1