**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  1/11/2023

# Abdul Hassan Law
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**                       Tel: 718-740-1000
Email: abdul@abdulhassan.com             Fax: 718-740-2000
*Employment and Labor Lawyer*            Web: www.abdulhassan.com

**January 10, 2023**

**Via ECF**

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

         **Re: Gumaneh et al v. Vilano Employment Services, Inc. et al**
             **Case No. 22-CV-00774 (VSB)(KHP)**
             **Motion for Extension of Time**

Dear Judge Broderick:

       My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a brief two-day extension of the January 10, 2023 deadline for the parties to provide the Court with a status report to January 12, 2023. This request is being made because some additional time is needed for the parties to confer. No prior request for an extension of this deadline was made.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*

**Cc: Defense Counsel via ECF**

1