# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                            Tel: 718-740-1000
Email: abdul@abdulhassan.com                 Fax: 718-740-2000
*Employment and Labor Lawyer*              Web: www.abdulhassan.com

**March 27, 2023**

**Via ECF**                                          <u>MEMO ENDORSED</u>

Hon. Laura Taylor Swain, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Gumaneh et al v. Vilano Employment Services, Inc. et al</u>
     Case No.  22-CV-00774 (LTS)(KHP)
     Motion for Extension of Time

Dear Judge Swain:

     My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a brief three-week extension of the April 3, 2023 deadline for the Plaintiffs to file their motion for a default judgment. This request is being made because some additional time is needed to finalize the motion papers and for the Clerk of Court to issue the certificates of default. No prior request for an extension of this deadline was made. This request does not affect any other deadlines or appearances in this matter.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*

> The foregoing extension request is granted. Plaintiffs must file their motion for a default judgment by April 24, 2023.  Dkt. No. 41 resolved.
> SO ORDERED.
> 3/28/2023
> /s/ Laura Taylor Swain, Chief USDJ

1