**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BEYAGIE GUMANEH, and BAMBA
MAMADOU,

                Plaintiffs,

                               22 **CIVIL** 0774 (LTS)(KHP)

       -against-                      **DEFAULT JUDGMENT**

VILANO EMPLOYMENT SERVICES, INC.,
and POSTAL FLEET SERVICES, INC.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Order dated September 5, 2023, the Court hereby grants Plaintiffs' unopposed Motion for Default Judgment against VES and Postal Fleet and awards the following damages: Mr. Gumaneh is awarded damages in the amount of $26,745.25, plus liquidated damages in the amount of $26,754.25, for his overtime claims; $3,668.50, plus liquidated damages in the amount of $3,668.50, for unpaid wages during his last two weeks of employment; $191,530.50 in liquidated damages for late payment of his wages; $5,000 in penalties for Defendants' failure to provide a wage notice; $5,000 in penalties for Defendants' failure to provide wage statements that complied with the NYLL; and post judgment interest at the federal rate. Mr. Mamadou is awarded damages in the amount of $19,621.56, plus liquidated damages in the amount of $19,621.56, for his overtime claims; $3,492.44, plus liquidated damages in the amount of $3,492.44, for unpaid wages during his last two weeks of employment; $144,523.12 in liquidated damages for late payment of his wages; $5,000 in penalties for Defendants' failure to provide a wage notice; $5,000 in penalties for Defendants' failure to provide wage statements that complied with the NYLL; and

post judgment interest at the federal rate. Plaintiffs' counsel is awarded $20,500.00 in attorneys' fees and $734.00 in costs. Judgment is entered against the Defendants, jointly and severally, accordingly, the case is closed.

**DATED**: New York, New York
September 6, 2023

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                    **BY:** _____
                                                    **Deputy Clerk**